# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY TOMASELLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00334-BAM<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Shirley Tomasello ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, seeks review of the Commissioner of Social Security's denial of her application for disability benefits. (Doc. 1.) On April 4, 2025, the Court entered a Scheduling Order in this action. (Docs. 7, 8.)

On May 28, 2025, the Commissioner of Social Security lodged the administrative record. (Doc. 12.) The Commissioner of Social Security served Plaintiff with a copy of the administrative record on June 2, 2025. (Doc. 14.) The Scheduling Order in this case requires that Plaintiff file a motion for summary judgment within thirty (30) days after service of the administrative record. (Doc. 8 at 2.) Based on service of the administrative record, Plaintiff's motion for summary judgment was due no later than July 7, 2025. As of the date of this order, no motion for summary judgment has been filed.

///

1

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for her failure to prosecute. Plaintiff may comply with this order by filing a written response to this Order or a motion for summary judgment within **fourteen (14) days from the date of this order**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **July 14, 2025**                     /s/ Barbara A. McAuliffe             
                                        UNITED STATES MAGISTRATE JUDGE